United States District Court
Southern District of Texas

**ENTERED**

March 30, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| STEPHANIE CAROLINA KENNY-VELASQUEZ, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-cv-01530 |
| KRISTI NOEM, *et al.*, | § § § | |
| Respondents. | § § | |

**ORDER**

On March 30, 2026, the Court held a hearing on Petitioner Stephanie Carolina Kenny-Velasquez's Petition for Habeas Corpus (ECF No. 4). The Court found that Petitioner's re-detention violated her due process rights and granted the Petition. Pursuant to that order, the Court ORDERS as follows:

1. Respondents are **ORDERED** to release Petitioner from custody **within 48 hours**, pursuant to the terms of her prior release order as outlined in ECF No. 4-4, Exh. 4.

2. Respondents must release Petitioner in a public place within the Southern District of Texas, and must notify her counsel of the time and place of her release **no less than three hours** prior to her release from custody.

3. Respondents may not re-detain Petitioner during the pendency of her removal proceedings absent a pre-detention hearing before an IJ at which the government demonstrates, by clear and convincing evidence, that she is a flight risk or a danger to the community or has violated the conditions of her release. Respondents similarly may not subject Petitioner to

additional conditions of release without a similar hearing at which the government bears the burden of showing why new conditions are necessary.

4.  The Court further **ORDERS** that Respondents file an advisory with the Court **on or before April 2, 2026**, informing the Court of the status of Petitioner's release.

Signed at Houston, Texas on March 30, 2026.

Keith P. Ellison
United States District Judge